**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 23-6084**

───────────

DARRELL L. GOSS,

> Plaintiff - Appellant,

>> v.

BRIAN KENDELL; ALBERT L. MACK; TRAVIS GUESS; MR. ALLEN; C. HOLMES; SHONDA ROBINSON; LARRY TURNER,

> Defendants - Appellees.

───────────

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Mary G. Lewis, District Judge.  (2:20-cv-00949-MGL)

───────────

Submitted:  June 15, 2023                          Decided:  June 21, 2023

───────────

Before DIAZ, RICHARDSON, and HEYTENS, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Darrell L. Goss, Appellant Pro Se.  Robin Lilley Jackson, SENN LEGAL, LLC, Charleston, South Carolina, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darrell L. Goss appeals the district court's order adopting in part and rejecting in part the magistrate judge's recommendation, granting summary judgment to Defendants, and dismissing his civil action brought under 42 U.S.C. § 1983 and its order denying his motion brought under Fed. R. Civ. P. 59(e) and 60(b)(1). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Goss v. Kendell,* No. 2:20-cv-00949-MGL (D.S.C Mar. 23, 2022 & Jan. 11, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*